IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Greer, Solomon | Case Number: 07 B 22345 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 11/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,138.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 7,138.00 |
| Totals: | 7,138.00 | 7,138.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | Paul N Crawford | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 4,314.73 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 78.63 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 656.59 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 743.48 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 200,474.63 | 0.00 |
| 9. | Internal Revenue Service | Secured | | No Claim Filed |
| 10. | Bally's Health Club | Unsecured | | No Claim Filed |
| 11. | Cache Inc | Unsecured | | No Claim Filed |
| 12. | Capital One Card Center | Unsecured | | No Claim Filed |
| 13. | I C Systems Inc | Unsecured | | No Claim Filed |
| 14. | American Collections & Credit | Unsecured | | No Claim Filed |
| 15. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 16. | Amex | Unsecured | | No Claim Filed |
| 17. | Park Dansan | Unsecured | | No Claim Filed |
| 18. | Morgan Park Academy | Unsecured | | No Claim Filed |
| 19. | National Credit | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | University of Chicago | Unsecured | | No Claim Filed |
| 22. | Ragland Rogers Assoc. LLC | Unsecured | | No Claim Filed |
| 23. | Allied Interstate | Unsecured | | No Claim Filed |
| 24. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 25. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Greer, Solomon | Case Number:  07 B 22345 |
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 11/29/07 |

_____           _____
$ 206,268.06              $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate              Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*
_____